| Fill in this information to identify the case: |
| --- |
| Debtor name          **Project Pizza Sunset LLC** |
| United States Bankruptcy Court for the: **Northern District of California** |
| Case number (if known):     **25-30258 HLB** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,012,572.42** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,311,038.10** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,623,480.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 1

Case: 25-30258   Doc# 36   Filed: 04/14/25   Entered: 04/14/25 17:30:39   Page 1 of 25

| Debtor | Project Pizza Sunset LLC | | Case number *(if known)* | **25-30258 HLB** |
|---|---|---|---|---|
| | Name | | | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached SOFA Rider 3**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | **See attached** | **See attached** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **See attached** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached SOFA Rider 4**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | **See attached** | **See attached** | **See attached** |
| **Relationship to debtor**<br>**See attached** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Case: 25-30258   Doc# 36   Filed: 04/14/25   Entered: 04/14/25 17:30:39   Page 2 of 25

5.1. _____    _____    _____    _____

Creditor's name

Street

_____

City              State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City      State   ZIP Code | _____ XXXX−__ __ __ __ | _____ | _____ |

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____ Case number _____ | _____ | Name _____ Street _____ City      State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Case: 25-30258    Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 3 of 25

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City            State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City            State    ZIP Code

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City            State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Case: 25-30258    Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 4 of 25

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Binder Malter Harris Rome-Banks LLP** | **Paid by Debtor** | **12/3/2024** | **$3,333.34** |
| | Address | **Paid by Debtor** | **3/7/2025** | **$5,000.00** |
| | **2775 Park Ave** | **Paid by Debtor** | **3/10/2025** | **$12,000.00** |
| | Street | | | |
| | | **Paid by Boris Nemchenok** | **3/7/2025** | **$5,000.00** |
| | **Santa Clara, CA 95050** | **Paid by Boris Nemchenok** | **3/31/2025** | **$5,000.00** |
| | City          State    ZIP Code | | | |
| | Email or website address | **Paid by Project Pizza Polk** | **3/5/2025** | **$3,333.33** |
| | **www.bindermalter.com** | **Paid by Project Pizza Clement** | **3/5/2025** | **$3,333.33** |
| | Who made the payment, if not debtor? | **Paid by Avenue Hospitality Inc** | **3/5/2025** | **$5,000.00** |
| | | **Returned to Avenue Hospitality Inc** | **3/31/2025** | **($5,000.00)** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Case: 25-30258    Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 5 of 25

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City     State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | |
| _____ <br> Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City    State    ZIP Code | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Case: 25-30258   Doc# 36   Filed: 04/14/25   Entered: 04/14/25 17:30:39   Page 7 of 25

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- ◼ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ◼ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ◼ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Case: 25-30258     Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 8 of 25

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | Street | | ☐ Concluded |
| | | | |
| | City          State   ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Case: 25-30258    Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 9 of 25

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.

Name

Street

City            State      ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____   To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Sami Sahouri CPA**<br>Name<br>**1855 Lawton St**<br>Street<br><br>**San Francisco, CA 94122**<br>City            State      ZIP Code | From **2016**   To **12/31/2024** |
| 26a.2. **Jess Hardesty**<br>Name<br>**1795 E Sunrise Blvd #519**<br>Street<br><br>**Fort Lauderdale, FL 33304**<br>City            State      ZIP Code | From **2018**   To **12/31/2024** |
| 26a.3. **Michael Nishi, CPA**<br>Name<br>**2429 Gillingham Circle**<br>Street<br><br>**Thousand Oaks, CA 91362**<br>City            State      ZIP Code | From **1/1/2025**   To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Sami Sahouri CPA**<br>Name<br>**1855 Lawton St**<br>Street<br><br>**San Francisco, CA 94122**<br>City            State      ZIP Code | From **2016**   To **12/31/2024** |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **10**

| Debtor | **Project Pizza Sunset LLC** | Case number *(if known)* | **25-30258 HLB** |
|---|---|---|---|

| Name and address | Dates of service |
|---|---|

26b.2. **Michael Nishi, CPA**
Name

**2429 Gillingham Circle**
Street

**Thousand Oaks, CA 91362**
City                    State              ZIP Code

From **1/1/2025**    To **Present**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **Michael Nishi, CPA**
Name

**2429 Gillingham Circle**
Street

**Thousand Oaks, CA 91362**
City                    State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. **Sami Sahouri CPA**
Name

**1865 Lawton St**
Street

**San Francisco, CA 94122**
City                    State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **Fora Financial West LLC**
Name

**1385 Broadway 15th FL**
Street

**New York, NY 10018**
City                    State              ZIP Code

| Name and address |
|---|

26d.2. **Retail Capital dba Credibly**
Name

**25200 Telegraph Rd Ste 350**
Street

**Southfield, MI 48033**
City                    State              ZIP Code

Case: 25-30258   Doc# 36   Filed: 04/14/25   Entered: 04/14/25 17:30:39   Page 11 of 25

| Name and address |
| --- |

26d.3. **Small Business Financing Solutions LLC**
Name

**4500 East West Hwy 6th FL**
Street

**dba Rapid Financial**

**Bethesda, MD 20814**
City          State          ZIP Code

| Name and address |
| --- |

26d.4. **WebBank c / o Toast Capital**
Name

**401 Park Dr Ste 801**
Street

**Boston, MA 02215**
City          State          ZIP Code

| Name and address |
| --- |

26d.5. **JPMorgan Chase Bank NA**
Name

**700 Kansas Ln Mail Code LA4-7100**
Street

**Monroe, LA 71203**
City          State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| **Chris Tarbell** | **3/1/2025** | **$0.00** |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. **Project Pizza LLC (Stored on Margin Edge - Cloud Platform)**
Name

**2339 Clement St**
Street

**San Francisco, CA 94121**
City          State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Boris Nemchenok** | **1185 Rhode Island St San Francisco, CA 94107** | **Member, Membership** | **38.09%** |
| **Edward Shapiro** | **1244 15th Ave San Francisco, CA 94112** | **Member, Membership** | **36.17%** |
| **Brandon Gillis** | **306 26th Ave San Francisco, CA 94121** | **Member, Membership** | **20.73%** |
| **Georgi Vladimirov** | **110 Clifton Pl Brooklyn, NY 11238** | **Member, Membership** | **5.00%** |

**The Avenues**    **1185 Rhode Island St San Francisco, CA**    **Manager,**        **0.00%**
**Hospitality Group, Inc.**    **94107**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **See attached SOFA Rider 30** <br> Name <br><br> Street <br><br> City    State    ZIP Code | **See attached** | **See attached** | **See attached** |

| Relationship to debtor |
|------------------------|
| **See attached** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Case: 25-30258    Doc# 36    Filed: 04/14/25    Entered: 04/14/25 17:30:39    Page 13 of 25

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/14/2025___
             MM/ DD/ YYYY

**X** ___/s/ Boris Nemchenok___         Printed name ___**Boris Nemchenok**___
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**CEO of Manager**___

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **14**

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| Payee | Creditor Address | Date | Payment | Reason for Payment or Transfer |
|---|---|---|---|---|
| ADP | | 03/28/2025 | 10.00 | Services |
| | | 03/21/2025 | 300.83 | Services |
| | | 03/07/2025 | 298.09 | Services |
| | | 02/21/2025 | 319.90 | Services |
| | | 02/07/2025 | 291.27 | Services |
| | | 01/31/2025 | 20,853.47 | Services |
| | | 01/31/2025 | 10.00 | Services |
| | | 01/29/2025 | 666.15 | Services |
| | | 01/24/2025 | 494.46 | Services |
| | | 01/22/2025 | 3,932.00 | Services |
| | | 01/22/2025 | 21,617.37 | Services |
| | | 01/10/2025 | 291.27 | Services |
| | | 01/08/2025 | 20,275.19 | Services |
| | | | **69,360.00** | |
| ALSCO | 1575 Indiana | 03/25/2025 | 4,205.67 | Suppliers/Vendors |
| | San Francisco, CA 94107 | 02/10/2025 | 4,984.85 | Suppliers/Vendors |
| | | 01/13/2025 | 4,501.42 | Suppliers/Vendors |
| | | | **13,691.94** | |
| BEAR BOTTOM FARMS INC. | 508 de Carlo Ave | 03/04/2025 | 3,967.07 | Suppliers/Vendors |
| | Richmond, CA 94801 | 01/03/2025 | 6,237.82 | Suppliers/Vendors |
| | | | **10,204.89** | |
| Binder Malter Harris Rome-Banks | 2775 Park Ave | 3/10/2025 | 12,000.00 | Services |
| | Santa Clara, CA 95050 | 3/7/2025 | 5,000.00 | Services |
| | | | **17,000.00** | |
| CA Health Benefit | | 03/19/2025 | 4,971.55 | Services |
| | | 02/19/2025 | 4,299.83 | Services |
| | | 01/21/2025 | 3,692.52 | Services |
| | | | **12,963.90** | |
| California State Disbursement Unit - Faro | | 02/24/2025 | **23,482.00** | Sales Tax |
| Fiorella Commissary | 12490 9th Ave | 03/14/2025 | 4,500.00 | Suppliers/Vendors |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| Payee | Creditor Address | Date | Payment | Reason for Payment or Transfer |
|---|---|---|---|---|
| | San Francisco, CA 94122 | 02/27/2025 | 2,500.00 | Suppliers/Vendors |
| | | 01/31/2025 | 2,000.00 | Suppliers/Vendors |
| | | 01/30/2025 | 3,000.00 | Suppliers/Vendors |
| | | 01/22/2025 | 4,000.00 | Suppliers/Vendors |
| | | 01/17/2025 | 3,000.00 | Suppliers/Vendors |
| | | 01/17/2025 | 4,000.00 | Suppliers/Vendors |
| | | 01/16/2025 | 5,000.00 | Suppliers/Vendors |
| | | 01/13/2025 | 3,500.00 | Suppliers/Vendors |
| | | 01/04/2025 | 3,000.00 | Suppliers/Vendors |
| | | 03/28/2025 | 5,500.00 | Suppliers/Vendors |
| | | 03/24/2025 | 2,000.00 | Suppliers/Vendors |
| | | 03/21/2025 | 1,600.00 | Suppliers/Vendors |
| | | 03/17/2025 | 2,300.00 | Suppliers/Vendors |
| | | 03/10/2025 | 2,300.00 | Suppliers/Vendors |
| | | 03/03/2025 | 4,200.00 | Suppliers/Vendors |
| | | 02/28/2025 | 2,800.00 | Suppliers/Vendors |
| | | 02/24/2025 | 5,000.00 | Suppliers/Vendors |
| | | 02/20/2025 | 1,000.00 | Suppliers/Vendors |
| | | 02/19/2025 | 5,000.00 | Suppliers/Vendors |
| | | 02/19/2025 | 3,000.00 | Suppliers/Vendors |
| | | 02/15/2025 | 1,500.00 | Suppliers/Vendors |
| | | 02/14/2025 | 1,000.00 | Suppliers/Vendors |
| | | 02/14/2025 | 3,000.00 | Suppliers/Vendors |
| | | 02/13/2025 | 500.00 | Suppliers/Vendors |
| | | 02/13/2025 | 2,000.00 | Suppliers/Vendors |
| | | 02/03/2025 | 6,000.00 | Suppliers/Vendors |
| | | | 83,200.00 | |
| | | | | |
| Fiorella Management Group | 1185 Rhode Island St | 03/31/2025 | 4,000.00 | Services |
| | San Francisco, CA 94107 | 03/25/2025 | 700.00 | Services |
| | | 03/24/2025 | 4,000.00 | Services |
| | | 03/12/2025 | 1,100.00 | Services |
| | | 03/11/2025 | 5,000.00 | Services |
| | | 02/25/2025 | 4,000.00 | Services |
| | | 02/24/2025 | 2,000.00 | Services |
| | | 02/19/2025 | 1,500.00 | Services |
| | | 02/13/2025 | 1,000.00 | Services |
| | | 02/11/2025 | 3,500.00 | Services |
| | | 01/28/2025 | 1,800.00 | Services |
| | | 01/27/2025 | 3,500.00 | Services |
| | | 01/21/2025 | 1,500.00 | Services |

| Payee | Creditor Address | Date | Payment | Reason for Payment or Transfer |
|---|---|---|---|---|
| | | 01/14/2025 | 500.00 | Services |
| | | 01/13/2025 | 4,000.00 | Services |
| | | 01/08/2025 | 1,300.00 | Services |
| | | 01/03/2025 | 500.00 | Services |
| | | 01/02/2025 | 5,000.00 | Services |
| | | | **44,900.00** | |
| | | | | |
| Fiorella Polk | 2238 Polk St | 02/19/2025 | 7,000.00 | Interco Payables |
| | San Francisco, CA 94109 | 03/17/2025 | 6,000.00 | Interco Payables |
| | | 02/18/2025 | 15,000.00 | Interco Payables |
| | | | **28,000.00** | |
| | | | | |
| Fora Financial West LLC | 1385 Broadway 15th FL | 03/12/2025 | 1,200.00 | Secured Debt |
| | New York, NY 10018 | 03/04/2025 | 1,200.00 | Secured Debt |
| | | 02/27/2025 | 1,200.00 | Secured Debt |
| | | 02/12/2025 | 5,100.00 | Secured Debt |
| | | | **8,700.00** | |
| | | | | |
| Hartford Insurance Co. | | 03/15/2025 | 3,757.30 | Insurance |
| | | 03/12/2025 | 2,528.19 | Insurance |
| | | 02/18/2025 | 2,839.20 | Insurance |
| | | 02/01/2025 | 2,528.19 | Insurance |
| | | 01/16/2025 | 2,839.20 | Insurance |
| | | 01/02/2025 | 2,528.19 | Insurance |
| | | | **17,020.27** | |
| | | | | |
| Individual Foodservice | 5496 Lindberg Ln | 02/26/2025 | 4,108.57 | Suppliers/Vendors |
| | Bell Gardens, CA 90201 | 02/10/2025 | 4,836.17 | Suppliers/Vendors |
| | | 01/20/2025 | 7,837.26 | Suppliers/Vendors |
| | | | **16,782.00** | |
| | | | | |
| Italfoods Inc | PO Box 7511 | 03/31/2025 | 1,467.30 | Suppliers/Vendors |
| | San Francisco, CA 94120 | 03/10/2025 | 2,198.75 | Suppliers/Vendors |
| | | 02/21/2025 | 1,571.65 | Suppliers/Vendors |
| | | 02/05/2025 | 375.97 | Suppliers/Vendors |
| | | 01/24/2025 | 1,592.14 | Suppliers/Vendors |
| | | 01/20/2025 | 2,398.80 | Suppliers/Vendors |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| Payee | Creditor Address | Date | Payment | Reason for Payment or Transfer |
|---|---|---|---|---|
| | | | 9,604.61 | |
| JPMorgan Chase Bank | 700 Kansas Ln | 01/03/2025 | 6,029.25 | Secured Debt |
| | Mail Code LA4-7100 | 03/03/2025 | 6,079.10 | Secured Debt |
| | Monroe, LA 71203 | 02/03/2025 | 6,049.23 | Secured Debt |
| | | | 18,157.58 | |
| PG & E | 300 Lakeside Dr | 03/18/2025 | 4,972.28 | Services |
| PG & E | Oakland, CA 94612 | 02/14/2025 | 5,243.16 | Services |
| PG & E | | 01/14/2025 | 5,125.06 | Services |
| | | | 15,340.50 | |
| Pink Tulip LLC | 167 Broderick St | 03/24/2025 | 5,785.00 | Rent |
| | San Francisco, CA 94117 | 03/18/2025 | 5,784.00 | Rent |
| | | 03/17/2025 | 2,620.44 | Rent |
| | | 03/17/2025 | 1.00 | Rent |
| | | 03/10/2025 | 5,785.00 | Rent |
| | | | 19,975.44 | |
| Southern Glazer's of CA North | 2211 Palou Ave | 03/19/2025 | 596.00 | Suppliers/Vendors |
| | San Francisco, CA 94124 | 03/14/2025 | 668.12 | Suppliers/Vendors |
| | | 03/10/2025 | 547.05 | Suppliers/Vendors |
| | | 02/26/2025 | 1,354.32 | Suppliers/Vendors |
| | | 02/19/2025 | 1,018.96 | Suppliers/Vendors |
| | | 02/07/2025 | 833.42 | Suppliers/Vendors |
| | | 02/03/2025 | 744.96 | Suppliers/Vendors |
| | | 01/31/2025 | 1,061.78 | Suppliers/Vendors |
| | | 01/10/2025 | 550.98 | Suppliers/Vendors |
| | | 01/09/2025 | 1,082.45 | Suppliers/Vendors |
| | | 01/03/2025 | 460.05 | Suppliers/Vendors |
| | | | 8,918.09 | |
| THE AVENUES HOSPITALITY | GROUP INC. | 03/21/2025 | 2,911.78 | Services |
| | 1185 Rhode Island St. | 03/18/2025 | 5,000.00 | Services |
| | San Francisco, CA 94107 | 03/17/2025 | 10,000.00 | Services |
| | | 03/13/2025 | 1,706.52 | Services |
| | | 03/07/2025 | 2,472.48 | Services |
| | | 03/07/2025 | 3,807.22 | Services |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| Payee | Creditor Address | Date | Payment | Reason for Payment or Transfer |
|---|---|---|---|---|
| | | 03/03/2025 | 8,000.00 | Services |
| | | 02/24/2025 | 8,000.00 | Services |
| | | 02/21/2025 | 2,472.48 | Services |
| | | 02/18/2025 | 1,706.52 | Services |
| | | 02/18/2025 | 5,000.00 | Services |
| | | 02/10/2025 | 3,807.22 | Services |
| | | 02/10/2025 | 2,472.48 | Services |
| | | 02/10/2025 | 2,500.00 | Services |
| | | 01/27/2025 | 3,090.44 | Services |
| | | 01/13/2025 | 1,706.52 | Services |
| | | 01/10/2025 | 2,472.48 | Services |
| | | 01/10/2025 | 3,807.22 | Services |
| | | 01/07/2025 | 2,000.00 | Services |
| | | | **72,933.36** | |
| | | | | |
| Toast Inc | 401 Park Dr Ste 801 | 03/06/2025 | 6,581.42 | Fees |
| Toast Inc | Boston, MA 02215 | 02/18/2025 | 7,250.14 | Fees |
| Toast Inc | | 02/06/2025 | 7,250.14 | Fees |
| Toast Inc | | 02/03/2025 | 758.10 | Fees |
| Toast Inc | | 01/06/2025 | 8,465.08 | Fees |
| Toast Inc | | 01/02/2025 | 758.10 | Fees |
| | | | **31,062.98** | |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments

| Payee | Address / Relationship | Payment Dates | Amounts Paid | Reason for Payments |
|---|---|---|---|---|
| **Edward Shapiro** | 1244 15th Ave. | 3/13/2025 | $3,349.77 | 0374 Loan Payment |
| | San Francisco, CA 94112 | 2/13/2025 | $3,349.77 | 0374 Loan Payment |
| | | 1/13/2025 | $3,349.77 | 0374 Loan Payment |
| | Relationship to Debtor: | 12/13/2024 | $3,349.77 | 0374 Loan Payment |
| | Member of Debtor | 11/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 10/10/2024 | $3,349.77 | 0374 Loan Payment |
| | | 09/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 08/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 08/12/2024 | $3,349.77 | 0374 Loan Payment |
| | | 05/31/2024 | $3,349.77 | 0374 Loan Payment |
| | | 05/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 04/11/2024 | $3,349.77 | 0374 Loan Payment |
| | | | | |
| **Edward Shapiro** | 1244 15th Ave. | 03/13/2025 | $1,062.35 | 0379 Loan Repayment |
| | San Francisco, CA 94112 | 02/18/2025 | $1,062.35 | 0379 Loan Repayment |
| | | 12/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | Relationship to Debtor: | 11/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | Member of Debtor | 10/10/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 09/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/12/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/07/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 05/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 04/11/2024 | $1,062.35 | 0379 Loan Repayment |
| | | | | |
| **The Avenues Hospitality Group, Inc.** | | 3/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | 1185 Rhode Island St. | 2/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | San Francisco, CA 94107 | 1/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | | 12/10/2024 | $3,807.22 | 0364 Loan Repayment |
| | Relationship to Debtor: | 11/08/2024 | $3,807.22 | 0364 Loan Repayment |
| | Manager of Debtor | 10/10/2024 | $3,807.22 | 0364 Loan Repayment |
| | | 09/10/2024 | $3,807.22 | 0364 Loan Repayment |
| | | | | |
| **The Avenues Hospitality Group, Inc.** | | 03/13/2025 | $1,706.52 | 0363 Loan Repayment |
| | 1185 Rhode Island St. | 02/18/2025 | $1,706.52 | 0363 Loan Repayment |
| | San Francisco, CA 94107 | 01/13/2025 | $1,706.52 | 0363 Loan Repayment |
| | | 12/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | Relationship to Debtor: | 11/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | Manager of Debtor | 10/10/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 09/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 08/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 08/07/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 07/24/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 05/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 04/11/2024 | $1,706.52 | 0363 Loan Repayment |

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments**

| Payee | Address / Relationship | Payment Dates | Amounts Paid | Reason for Payments |
|---|---|---|---|---|
| **Retail Capital dba Credibly** | | 03/12/2025 | $1,233.87 | 0380 Loan Repayment |
| | 25200 Telegraph Rd Ste 350 | 11/28/2024 | $814.00 | 0380 Loan Repayment |
| | Souithfield, MI 48033 | 11/27/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/26/2024 | $814.00 | 0380 Loan Repayment |
| | Relationship to Debtor: | 11/25/2024 | $814.00 | 0380 Loan Repayment |
| | Payments on loans guaranteed by | 11/22/2024 | $814.00 | 0380 Loan Repayment |
| | Debtor's insiders | 11/21/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/20/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/19/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/16/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/15/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/14/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/13/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/12/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/08/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/07/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/06/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/05/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/02/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/01/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/31/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/30/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/29/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/26/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/25/2024 | $814.00 | 0380 Loan Repayment |
| **Fora Financial West LLC** | | 03/12/2025 | $1,200.00 | Loan Repayment |
| | 1385 Broadway 15th FL | 03/04/2025 | $1,200.00 | Loan Repayment |
| | New York, NY 10018 | 02/27/2025 | $1,200.00 | Loan Repayment |
| | | 02/12/2025 | $5,100.00 | Loan Repayment |
| | Relationship to Debtor: | 11/25/2024 | $5,403.23 | Loan Repayment |
| | Payments on loans guaranteed by | 11/16/2024 | $5,403.23 | Loan Repayment |
| | Debtor's insiders | 11/09/2024 | $5,403.23 | Loan Repayment |
| | | 11/02/2024 | $5,403.23 | Loan Repayment |
| | | 10/26/2024 | $5,403.23 | Loan Repayment |
| | | 10/19/2024 | $5,403.23 | Loan Repayment |
| **Small Business Financing Solutions LLC dba** | | 01/14/2025 | $500.00 | Loan Repayment |
| **Rapid Financial** | 4500 East West Hwy 6th FL | 11/22/2024 | $1,412.65 | Loan Repayment |
| | Bethesda, MD 20814 | 11/15/2024 | $1,412.64 | Loan Repayment |
| | | 11/08/2024 | $1,412.64 | Loan Repayment |
| | Relationship to Debtor: | 11/01/2024 | $1,412.64 | Loan Repayment |
| | Payments on loans guaranteed by | 10/25/2024 | $1,412.64 | Loan Repayment |
| | Debtor's insiders | | | |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments

| Payee | Address / Relationship | Payment Dates | Amounts Paid | Reason for Payments |
|-------|------------------------|---------------|--------------|---------------------|
| **Pink Tulip LLC** | 167 Broderick St | 03/24/2025 | $5,785.00 | Restaurant Lease |
| | San Francisco, CA 94117 | 03/18/2025 | $5,784.00 | Restaurant Lease |
| | | 03/17/2025 | $1.00 | Restaurant Lease |
| | Relationship to Debtor: | 03/10/2025 | $5,785.00 | Restaurant Lease |
| | Owned by Member of Debtor | 11/01/2024 | $10,300.00 | Restaurant Lease |
| | | 11/01/2024 | $1,270.00 | Restaurant Lease |
| | | 10/02/2024 | $1,270.00 | Restaurant Lease |
| | | 10/01/2024 | $10,300.00 | Restaurant Lease |
| | | 09/01/2024 | $10,300.00 | Restaurant Lease |
| | | 09/01/2024 | $1,270.00 | Restaurant Lease |
| | | 08/02/2024 | $1,270.00 | Restaurant Lease |
| | | 08/01/2024 | $10,300.00 | Restaurant Lease |
| | | 07/08/2024 | $500.00 | Restaurant Lease |
| | | 07/01/2024 | $9,800.00 | Restaurant Lease |
| | | 07/01/2024 | $1,270.00 | Restaurant Lease |
| | | 06/14/2024 | $9,800.00 | Restaurant Lease |
| | | 06/14/2024 | $1,270.00 | Restaurant Lease |
| | | 05/10/2024 | $3,869.42 | Restaurant Lease |
| | | 05/06/2024 | $9,800.00 | Restaurant Lease |
| | | 05/01/2024 | $1,000.00 | Restaurant Lease |
| | | 04/11/2024 | $9,800.00 | Restaurant Lease |
| | | 04/09/2024 | $1,000.00 | Restaurant Lease |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Payments Given to Insiders

| Name of Recipient | Address / Relationship | Dates | Amount of Money | Reason for Providing the Value |
|---|---|---|---|---|
| **Edward Shapiro** | 1244 15th Ave. | 3/13/2025 | $3,349.77 | 0374 Loan Payment |
| | San Francisco, CA 94112 | 2/13/2025 | $3,349.77 | 0374 Loan Payment |
| | | 1/13/2025 | $3,349.77 | 0374 Loan Payment |
| | Relationship to Debtor: | 12/13/2024 | $3,349.77 | 0374 Loan Payment |
| | Member of Debtor | 11/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 10/10/2024 | $3,349.77 | 0374 Loan Payment |
| | | 09/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 08/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 08/12/2024 | $3,349.77 | 0374 Loan Payment |
| | | 05/31/2024 | $3,349.77 | 0374 Loan Payment |
| | | 05/13/2024 | $3,349.77 | 0374 Loan Payment |
| | | 04/11/2024 | $3,349.77 | 0374 Loan Payment |
| **Edward Shapiro** | 1244 15th Ave. | 03/13/2025 | $1,062.35 | 0379 Loan Repayment |
| | San Francisco, CA 94112 | 02/18/2025 | $1,062.35 | 0379 Loan Repayment |
| | | 12/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | Relationship to Debtor: | 11/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | Member of Debtor | 10/10/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 09/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/12/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 08/07/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 05/13/2024 | $1,062.35 | 0379 Loan Repayment |
| | | 04/11/2024 | $1,062.35 | 0379 Loan Repayment |
| **The Avenues Hospitality Group, Inc.** | | 3/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | 1185 Rhode Island St. | 2/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | San Francisco, CA 94107 | 1/10/2025 | $3,807.22 | 0364 Loan Repayment |
| | | 12/10/2024 | $3,807.22 | 0364 Loan Repayment |
| | Relationship to Debtor: | 11/08/2024 | $3,807.22 | 0364 Loan Repayment |
| | Manager of Debtor | 10/10/2024 | $3,807.22 | 0364 Loan Repayment |
| | | 09/10/2024 | $3,807.22 | 0364 Loan Repayment |
| **The Avenues Hospitality Group, Inc.** | | 03/13/2025 | $1,706.52 | 0363 Loan Repayment |
| | 1185 Rhode Island St., San Francisco, | 02/18/2025 | $1,706.52 | 0363 Loan Repayment |
| | CA 94107 | 01/13/2025 | $1,706.52 | 0363 Loan Repayment |
| | | 12/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | Relationship to Debtor: | 11/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | Manager of Debtor | 10/10/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 09/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 08/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 08/07/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 07/24/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 05/13/2024 | $1,706.52 | 0363 Loan Repayment |
| | | 04/11/2024 | $1,706.52 | 0363 Loan Repayment |

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Payments Given to Insiders**

| Name of Recipient | Address / Relationship | Dates | Amount of Money | Reason for Providing the Value |
|---|---|---|---|---|
| **Retail Capital dba Credibly** | | 03/12/2025 | $1,233.87 | 0380 Loan Repayment |
| | 25200 Telegraph Rd Ste 350 | 11/28/2024 | $814.00 | 0380 Loan Repayment |
| | Souithfield, MI 48033 | 11/27/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/26/2024 | $814.00 | 0380 Loan Repayment |
| | Relationship to Debtor: | 11/25/2024 | $814.00 | 0380 Loan Repayment |
| | Payments on loans guaranteed by | 11/22/2024 | $814.00 | 0380 Loan Repayment |
| | Debtor's insiders | 11/21/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/20/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/19/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/16/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/15/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/14/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/13/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/12/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/08/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/07/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/06/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/05/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/02/2024 | $814.00 | 0380 Loan Repayment |
| | | 11/01/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/31/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/30/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/29/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/26/2024 | $814.00 | 0380 Loan Repayment |
| | | 10/25/2024 | $814.00 | 0380 Loan Repayment |
| **Fora Financial West LLC** | | 03/12/2025 | $1,200.00 | Loan Repayment |
| | 1385 Broadway 15th FL | 03/04/2025 | $1,200.00 | Loan Repayment |
| | New York, NY 10018 | 02/27/2025 | $1,200.00 | Loan Repayment |
| | | 02/12/2025 | $5,100.00 | Loan Repayment |
| | Relationship to Debtor: | 11/25/2024 | $5,403.23 | Loan Repayment |
| | Payments on loans guaranteed by | 11/16/2024 | $5,403.23 | Loan Repayment |
| | Debtor's insiders | 11/09/2024 | $5,403.23 | Loan Repayment |
| | | 11/02/2024 | $5,403.23 | Loan Repayment |
| | | 10/26/2024 | $5,403.23 | Loan Repayment |
| | | 10/19/2024 | $5,403.23 | Loan Repayment |
| **Small Business Financing Solutions LLC dba** | | 01/14/2025 | $500.00 | Loan Repayment |
| **Rapid Financial** | 4500 East West Hwy 6th FL | 11/22/2024 | $1,412.65 | Loan Repayment |
| | Bethesda, MD 20814 | 11/15/2024 | $1,412.64 | Loan Repayment |
| | | 11/08/2024 | $1,412.64 | Loan Repayment |
| | Relationship to Debtor: | 11/01/2024 | $1,412.64 | Loan Repayment |
| | Payments on loans guaranteed by | 10/25/2024 | $1,412.64 | Loan Repayment |
| | Debtor's insiders | | | |

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Payments Given to Insiders**

| Name of Recipient | Address / Relationship | Dates | Amount of Money | Reason for Providing the Value |
|---|---|---|---|---|
| **Pink Tulip LLC** | 167 Broderick St | 03/24/2025 | $5,785.00 | Restaurant Lease |
| | San Francisco, CA 94117 | 03/18/2025 | $5,784.00 | Restaurant Lease |
| | | 03/17/2025 | $1.00 | Restaurant Lease |
| | Relationship to Debtor: | 03/10/2025 | $5,785.00 | Restaurant Lease |
| | Owned by Member of Debtor | 11/01/2024 | $10,300.00 | Restaurant Lease |
| | | 11/01/2024 | $1,270.00 | Restaurant Lease |
| | | 10/02/2024 | $1,270.00 | Restaurant Lease |
| | | 10/01/2024 | $10,300.00 | Restaurant Lease |
| | | 09/01/2024 | $10,300.00 | Restaurant Lease |
| | | 09/01/2024 | $1,270.00 | Restaurant Lease |
| | | 08/02/2024 | $1,270.00 | Restaurant Lease |
| | | 08/01/2024 | $10,300.00 | Restaurant Lease |
| | | 07/08/2024 | $500.00 | Restaurant Lease |
| | | 07/01/2024 | $9,800.00 | Restaurant Lease |
| | | 07/01/2024 | $1,270.00 | Restaurant Lease |
| | | 06/14/2024 | $9,800.00 | Restaurant Lease |
| | | 06/14/2024 | $1,270.00 | Restaurant Lease |
| | | 05/10/2024 | $3,869.42 | Restaurant Lease |
| | | 05/06/2024 | $9,800.00 | Restaurant Lease |
| | | 05/01/2024 | $1,000.00 | Restaurant Lease |
| | | 04/11/2024 | $9,800.00 | Restaurant Lease |
| | | 04/09/2024 | $1,000.00 | Restaurant Lease |