Fill in this information to identify the case:

Debtor name: **Project Pizza Sunset LLC**

United States Bankruptcy Court for the: **Northern District of California**

Case number (if known): **25-30258 HLB**

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>Customer Care & Billing Inquiries<br>PO Box 981535<br>El Paso, TX 79998-1535 | (800) 528-2122 | Credit Card | | | | $40,927.00 |
| 2 | Cooks Company Produce<br>Attn Joe Quach<br>1942 Jerrold Ave<br>San Francisco, CA 94124 | (415) 850-4151<br>joeq@cookscompany.com | Trade Debt | | | | $35,820.84 |
| 3 | Optimum Green Cleaning<br>Attn Emma Jimenez<br>350 Industrial Way<br>Brisbane, CA 94005 | (415) 377-2442<br>emma@optimumgreencleaning.com | Trade Debt | | | | $31,360.00 |
| 4 | Lettieri & Co<br>Attn Vivian Ruiz<br>120 Park Ln<br>Brisbane, CA 94005 | (415) 657-3392<br>vivian@lettieri.com | Trade Debt | | | | $21,178.77 |
| 5 | IFS Individual Foodservice<br>Attn Ana Garcia<br>5496 Lindbergh Ln<br>Bell Gardens, CA 90201 | (323) 981-2800<br>agarcia@indfood.com | Trade Debt | | | | $15,083.80 |
| 6 | ALSCO<br>Attn President/Officer<br>1575 Indiana<br>San Francisco, CA 94107 | (415) 648-9266<br>yruiz@alsco.com | Trade Debt | | | | $11,732.67 |
| 7 | Italfoods Inc<br>Attn Paris<br>PO Box 7511<br>San Francisco, CA 94120-7511 | (650) 243-4342<br>pglass@italfoodsinc.com | Trade Debt | | | | $8,385.20 |
| 8 | 7 Hills<br>Attn Michael<br>2145 Grove St<br>San Francisco, CA 94117 | (415) 244-1459<br>michael@7hills-sf.com | Trade Debt | | | | $6,744.34 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AutoChlor<br>Attn Nancy Norlander<br>971 25th St<br>San Francisco, CA 94107 | (415) 285-0150<br>chua@autochlor.com | Trade Debt | | | | $6,202.61 |
| 10 | Corfini Meat & Seafood<br>Attn Renee Tomei<br>145 S Hill Dr<br>Brisbane, CA 94005 | (650) 636-4480<br>reneet@corfinigourmet.com | Trade Debt | | | | $5,532.67 |
| 11 | Bear Bottom Farms Inc<br>Attn Donald or Patrick<br>508 De Carlo Ave<br>Richmond, CA 94801 | (510) 237-2624<br>bearbottom1@prodigy.net | Trade Debt | | | | $4,236.14 |
| 12 | Gilt Edge Creamery<br>Attn Martha<br>1636 Gilbreth Rd<br>Burlingame, CA 94010 | (650) 443-2360<br>info@kaelfoods.com | Trade Debt | | | | $4,057.55 |
| 13 | Harmonic Brewing LLC<br>Attn Jon Verna<br>7 Warriors Way Ste 206<br>San Francisco, CA 94158 | (415) 966-7128<br>verna@harmonicbrewing.com | Trade Debt | | | | $3,586.00 |
| 14 | The Chefs Warehouse West Coast LLC<br>Attn Deborah Valle<br>1250 Whipple Rd<br>Union City, CA 94587 | (510) 627-0093<br>DValle@chefswarehouse.com | Trade Debt | | | | $3,260.32 |
| 15 | Desire Lines Wine Co<br>Attn Martha Gaither<br>PO Box 2029<br>Sonoma, CA 95476 | (831) 685-9465<br>martha@mbwines.com | Trade Debt | | | | $3,049.20 |
| 16 | Lyra Fine Wine Importers<br>Attn President/Officer<br>PO Box 884<br>Benicia, CA 94510 | cvalbruzzoli@lyrawine.com | Trade Debt | | | | $2,784.00 |
| 17 | Skurnick Wines West<br>Attn William Graham<br>PO Box 421<br>Syosset, NY 11791 | (415) 805-7133<br>wgraham@skurnik.com | Vendor | | | | $2,237.20 |
| 18 | Star Route Farms LLC<br>Attn Manager<br>95 Olema Bolinas Rd<br>Bolinas, CA 94924 | starroutebookkeeping@gmail.com | Trade Debt | | | | $2,216.00 |
| 19 | Golden Gate Meat Company Inc<br>Attn Sarah<br>803 Wright Ave<br>Richmond, CA 94804 | (510) 426-4270<br>accounting@ggmeatco.com | Trade Debt | | | | $2,098.14 |
| 20 | Breakthru Beverage California LLC<br>Attn Michelle Francis<br>PO Box 910900<br>Los Angeles, CA 90091-0900 | (800) 331-2829<br>mmonroe@breakthrubev.com | Vendor | | | | $1,928.92 |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ Amended Schedule **Amended 20 Largest Unsecured Creditors**

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2025
         MM/ DD/ YYYY

X  /s/ Boris Nemchenok
Signature of individual signing on behalf of debtor

**Boris Nemchenok**
Printed name

**CEO of Manager**
Position or relationship to debtor