Fill in this information to identify the case:

Debtor name _____**Project Pizza Sunset LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of California**_____

Case number (if known): ___**25-30258 HLB**___ Chapter ___**11**___

☑ Check if this is an amended filing

**Official Form 206Sum**

# Summary of Assets and Liabilities for Non-Individuals

* *Denotes Amendments*

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................... | **$0.00**

   * 1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................. | **$298,905.51**

   * 1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................. | **$298,905.51**

## Part 2: Summary of Liabilities

* 2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$1,271,805.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ | **$71,871.08**

   * 3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+ $813,259.79**

* 4. **Total liabilities**............................................................................................................................................ | **$2,156,936.22**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name **Project Pizza Sunset LLC**

United States Bankruptcy Court for the: **Northern** District of **California**

(State)

Case number (If known): **25-30258 HLB**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — **$2,514.51**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **JPMorgan Chase Bank NA** | **Checking account** | **1 8 8 8** | **$12,128.55** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$14,643.06**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   ★ 7.1 **Pink Tulip LLP (Landlord)** — **$30,000.00**

Case: 25-30258     Doc# 78     Filed: 05/20/25     Entered: 05/20/25 17:06:53     Page 2 of 73

| | | |
|---|---|---|
| 7.2 | **Deposit - Equipment** | $2,973.50 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **Prepaid Insurance Premiums** | $10,729.78 |

**9.**    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      $43,703.28

---

**Part 3:**    Accounts receivable

**10.**    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.**    **Accounts receivable**

11a. 90 days old or less: _____ - _____ =.....➔ _____
                       face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.....➔ _____
                       face amount        doubtful or uncollectible accounts

**12.**    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    Investments

**13.**    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | | |
| 14.2 | | |

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 3 of 73

| 16.1 | | | |
|---|---|---|---|
| 16.2 | | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
|  | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
|  | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
|  | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Food | 04/01/2025 | unknown | Liquidation | $8,726.39 |
|  | MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.          $8,726.39

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes.  Book value ___unknown___  Valuation method ___Liquidation___  Current value ___$8,726.39___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 4 of 73

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |
| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 5 of 73

| | | | |
|---|---|---|---|
| Office furniture | __unknown__ | Liquidation | __$500.00__ |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43.  **Total of Part 7**

     Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | __$500.00__ |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☐ No
     ☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 6 of 73

| | | | | |
|---|---|---|---|---|
| 48.2 | | | | |

49. **Aircraft and accessories**

49.1

49.2

\* 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **Kitchen & Bar Equipment, Kitchen & Bar Smallwares, Furniture & Fixtures, Wine and Beverages**      unknown    Replacement Value    $100,755.00

51. **Total of Part 8**                                           $100,755.00

     Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No

     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☐ No

     ☑ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Restaurant Lease /** 1240 9th Ave San Francisco, CA 94122 | Lease | $0.00 | | $0.00 |

56. **Total of Part 9**                                            $0.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

---

**Part 10:**    Intangibles and intellectual property

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 7 of 73

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| www.fiorella-sf.com | unknown | | unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| California Liquor License | $157,405.00 | Broker Opinion | $130,000.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Opentable and Survey Monkey Lists | unknown | | unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $130,000.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 8 of 73

---

71. **Notes receivable**

    Description (include name of obligor)

    <u>Loan to Employee</u>        $577.78        –        $0.00        =➡        $577.78

    Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                              _____

* 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    <u>Fora Financial West</u>                                                 unknown

    **Nature of claim**        <u>Usury</u>

    **Amount requested**        <u>        unknown        </u>

    <u>Small Business Financing Solutions</u>                                   unknown

    **Nature of claim**        <u>Usury</u>

    **Amount requested**        <u>        unknown        </u>

    <u>Credibly</u>                                                            unknown

    **Nature of claim**        <u>Usury</u>

    **Amount requested**        <u>        unknown        </u>

    <u>WebBank - Toast Capital LLC</u>                                         unknown

    **Nature of claim**        <u>Usury</u>

    **Amount requested**        <u>        unknown        </u>

    <u>inKind Credit fund LP, inKind Cards, Inc., inKind Warehouse Facility, LLC</u>    unknown

    **Nature of claim**        <u>Usury</u>

    **Amount requested**        <u>        unknown        </u>

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                              _____

    **Nature of claim**        _____

    **Amount requested**        _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. | $577.78

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $14,643.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $43,703.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| ✱ 84. **Inventory.** *Copy line 23, Part 5.* | $8,726.39 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| ✱ 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,755.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................. ➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $130,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $577.78 | |
| ✱ 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $298,905.51 | + 91b. $0.00 |

✱ 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | $298,905.51

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 10 of
73

Debtor name **Project Pizza Sunset LLC**

United States Bankruptcy Court for the: **Northern** District of **California**
(State)

Case number (if known): **25-30258 HLB**

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name
**Fora Financial West LLC**

Creditor's mailing address
**Attn Andrew Gutman CFO**

**1385 Broadway 15th FL**

**New York, NY 10018**

Creditor's email address, if known

Date debt was incurred    **10/11/2024**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
　　**See attachment**

Describe debtor's property that is subject to a lien
**See attachment**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | **$295,080.62** | **$168,905.51** |
| --- | --- | --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,271,805.35**

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 11 of 73

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2 Creditor's name**

inKind Credit Fund LP

**Describe debtor's property that is subject to a lien**

See attachment

$495,515.00          $168,905.51

**Creditor's mailing address**

inKind Cards Inc/inKind
Warehouse Facility LLC
Attn Johann Moonesinghe CEO

610 W Live Oak St

Austin, TX 78704

**Describe the lien**

Security Interest / Credit Purchase
Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    03/10/2022

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.
          See attachment

   ☐ Yes. The relative priority of creditors is specified on lines _____

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**\* 2.3 Creditor's name**

JPMorgan Chase Bank

**Creditor's mailing address**

Attn Jamie Dimon CEO

700 Kansas Ln Mail Code
LA4-7100

Monroe, LA 71203

**Creditor's email address, if known**

**Date debt was incurred**   08/03/2020

**Last 4 digits of account number**   1   2   0   1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.   Specify each creditor, including this creditor, and its relative priority.

      __See attachment__

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attachment

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $24,525.85 | $168,905.51 |
|---|---|---|

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 13 of 73

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* — Amount of claim — Do not deduct the value of collateral.

*Column B* — Value of collateral that supports this claim

**\*** **2.4** **Creditor's name**

Retail Capital LLC dba Credibly

**Describe debtor's property that is subject to a lien**

See attachment

Column A: **$227,583.76**  Column B: **$168,905.51**

**Creditor's mailing address**

Attn Ryan Rosett CEO

25200 Telegraph Rd Ste 350

Southfield, MI 48033

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** 12/6/2024

**Last 4 digits of account number** 5

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See attachment

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** Loan Agreement

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

**★ 2.5 Creditor's name**

**Small Business Financing Solutions LLC**

**Describe debtor's property that is subject to a lien**

__See attachment__

Column A: **$47,436.79**
Column B: **$168,905.51**

**Creditor's mailing address**

__Attn Will Tumulty CEO__

__4500 East West Hwy 6th FL__

__Bethesda, MD 20814__

**Describe the lien**

__UCC-1 Financing Statement__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** __10/16/2024__

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
     __See attachment__

   ☐ Yes. The relative priority of creditors is specified on lines _____

Case: 25-30258   Doc# 78   Filed: 05/20/25   Entered: 05/20/25 17:06:53   Page 15 of 73

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**\* 2.6 Creditor's name**

WebBank

**Creditor's mailing address**

c / o Toast Capital

Attn Legal Dept

401 Park Dr Ste 801

Boston, MA 02215

**Creditor's email address, if known**

**Date debt was incurred**    11/7/24;
                              3/19/24

**Last 4 digits of account number**   6  7  7

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.
        __See attachment__

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attachment

    **$147,500.00**    **$168,905.51**

**Describe the lien**

UCC-1 Financing Statements

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 16 of 73

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**WebBank**

**Creditor's mailing address**

**Attn Jason Lloyd CEO**

**215 S State St Ste 1000**

**Salt Lake City, UT 84111**

**Creditor's email address, if known**

_____

Date debt was incurred      **11/18/2024**

Last 4 digits of account     **1  7  6**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
      **See attachment**
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Quickbooks Line of Credit Loan Baseline Agreement

**Describe debtor's property that is subject to a lien**
  **See attachment**
  _____

  _____

**Describe the lien**
  **Agreement**
  _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$34,163.33**

**$168,905.51**

Case: 25-30258   Doc# 78   Filed: 05/20/25   Entered: 05/20/25 17:06:53   Page 17 of 73

| **Part 1:** | **Additional Page – Debtor's Property Subject to a Lien** | X Amended |
|---|---|---|

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| **Fora Financial West LLC** | | |

**\*** | **2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|---|
| | **inKind Credit Fund LP** **inKind Cards Inc.** **inKind Warehouse Facility LLC** | | Merchant, as an interest holder in the F&B Outlets grants to inKind a continuing security interest in and to all the present and future accounts, receivables, chattel paper, deposit accounts, personal property, goods, assets and fixtures, general intangibles, instruments, equipment and inventory (as those terms are defined in Article 9 of the Uniform Commercial Code ("UCC")) of the F&B Outlets, wherever located, and with respect to these items, all proceeds now or hereafter owned or acquired (collectively, the "Collateral"). |

**\*** | **2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|---|
| | **JPMorgan Chase Bank** | | Equipment, Inventory, Fixtures, other Goods, Instruments, Documents, Chattel Paper (including without limitation Electronic Chattel Paper), General Intangibles, Payment Intangibles, Accounts and all other obligations now or hereafter owing to Debtor, all Deposit Accounts, certificates of deposit, Investment Property, Financial Assets, Letters of Credit Rights, all Commercial Tort Claims and any other causes of action against third parties (excluding only claims for death or personal injury), all Supporting Obligations for any of the foregoing, all Proceeds (including without limitation insurance proceeds) from and products of and accessions to any of the foregoing and all books and records relating to any of the foregoing |

**\*** | **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|---|
| | **Retail Capital LLC dba Credibly** | | a) any and all amounts owing to the Debtor now or in the future from any merchant processor; (b) all Accounts; (c) all Chattel Paper (including Tangible Chattel Paper and Electronic Chattel Paper); (d) all Instruments; (e) all Goods, including, without limitation, Equipment, Motor Vehicles, Inventory, Farm Products, Accessions, and As Extracted Collateral; (f) all Documents; (g) all General Intangibles (including, without limitation, Payment Intangibles and Software); (h) all Deposit Accounts; (i) all Letter of Credit Rights; (j) all Investment Property; (k) all Supporting Obligations; (l) all trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with the U.S. Patent and Trademark Office ("USPTO") and all renewals, reissues and extensions thereof (collectively "IP"); (m) any records and data relating to any of the foregoing, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of the debtor's right, title and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media; and (n) any and all proceeds of any of the foregoing, including insurance proceeds or other proceeds from the sale, destruction, loss, or other disposition of any of the foregoing, and sums due from a third party who has damaged or destroyed any of the foregoing or from that party's insurer, whether due to judgment, settlement or other process. |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 18 of 73

| Part 1: | **Additional Page – Debtor's Property Subject to a Lien** | X̲ Amended | |
|---------|-----------------------------------------------------------|-----------|--|

| * | **2.5** **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | **Small Business Financing Solutions LLC** | (i) any and all amounts owing to Borrower now or in the future from any merchant processor(s) for charges made by customers of Borrower via any payment card devices (*i.e.* credit card, debit card, charge card, etc.); and (ii) all other tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) investment property, including certificated and uncertificated securities, securities accounts, security entitlements, commodity contracts and commodity accounts, (d) instruments, including promissory notes (e) chattel paper, including tangible chattel paper and electronic chattel paper, (f) documents, (g) letter of credit rights, (h) accounts, including healthcare insurance receivables and credit card receivables, (i) deposit accounts, (j) commercial tort claims, (k) general intangibles, including payment intangibles and software and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. |

| * | **2.6** **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | **WebBank c/o Toast Capital** | All accounts receivable, other rights of payment of Borrower, and payments made to Borrower, however made, including, but not limited to, payments by cash, check, ACH, wire transfer or other electronic transfer, and Payment Card Receipts, in each case, arising out of the sale of goods and services by Borrower, together with all proceeds, including cash proceeds, of such receivables, rights of payment, and payments, now existing or hereafter created. |

| * | **2.7** **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | **WebBank** | All accounts receivable, other rights of payment of Borrower, and payments made to Borrower, however made, including, but not limited to, payments by cash, check, ACH, wire transfer or other electronic transfer, and Payment Card Receipts, in each case, arising out of the sale of goods and services by Borrower, together with all proceeds, including cash proceeds, of such receivables, rights of payment, and payments, now existing or hereafter created. |

| Part 1: | **Additional Page – Collateral Priority List** | X̲ Amended | |
|---------|------------------------------------------------|-----------|--|

| **Collateral Priority** | **Creditor (if known)** | |
|-------------------------|----------|--|
| **1st Priority** | **2.3** | JPMorgan Chase Bank – UCC-1 Financing Statement 8/14/2020 |
| **2nd Priority** | **2.4** | Retail Capital LLC dba Credibly – UCC-1 Financing Statement 12/06/2024 |
| **3rd Priority** | | Remaining Schedule D Creditors – priority cannot be determined as remaining UCC-1 Financing Statements do not provide creditor names.  The remaining UCC-1 Financing Statements were filed on the following dates: |
| | | WebBank, its successors and assignees 02/14/2024 |
| | | WebBank, its successors and assignees 03/25/2024 |
| | | WebBank, its successors and assignees 05/23/2024 |
| | | WebBank, its successors and assignees 09/02/2024 |
| | | WebBank, its successors and assignees 11/08/2024 |
| | | Corporation Service Company, as representative 12/04/2024 |
| | | Corporation Service Company, as representative 01/13/2025 |

Case: 25-30258   Doc# 78   Filed: 05/20/25   Entered: 05/20/25 17:06:53   Page 19 of 73

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **WebBank**<br>**Attn Jason Lloyd CEO**<br>**215 S State St Ste 1000**<br>**Salt Lake City, UT 84111** | Line 2. __6__ | __ __ __ __ |
| **WebBank c / o Toast Capital**<br>**Attn Jason Lloyd CEO**<br>**401 Park Dr Ste 801**<br>**Boston, MA 02215** | Line 2. __6__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 20 of 73

Fill in this information to identify the case:

Debtor name **Project Pizza Sunset LLC**

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): **25-30258 HLB**

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.25 | $117.25 |

**2.1** Priority creditor's name and mailing address

**Adem Tuci**

**737 Post St Apt 1121**

**San Francisco, CA 94109-6100**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $117.25 | $117.25 |

**2.2** Priority creditor's name and mailing address

**Alan Joyce**

**144 Irving St**

**San Francisco, CA 94122**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $331.21 | $331.21 |

| Debtor | **Project Pizza Sunset LLC** | Case number *(if known)* | **25-30258 HLB** |
|---|---|---|---|
| | Name | | |

---

**2.3**

**Priority creditor's name and mailing address**

__Alex Bonilla Chi__

__500 Hyde St #301__

__San Francisco, CA 94109-7274__

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$366.80     $366.80

---

**2.4**

**Priority creditor's name and mailing address**

__Alfredo Rivera__

__161 Margaret Ave__

__San Francisco, CA 94112-3023__

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,254.50     $1,254.50

---

**2.5**

**Priority creditor's name and mailing address**

__Anita Song__

__1515-F Pershing Dr__

__San Francisco, CA 94129__

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$412.42     $412.42

## Part 1: Additional Page

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.10 | $108.10 |
|---|---|---|---|

**Baver Bor**

**702 Bounty Dr #203**

**San Mateo, CA 94404**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|

**Blake Goeppert**

**624 Masonic Ave**

**San Francisco, CA 94117-1226**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

_____

Basis for the Claim:
**Notice Only**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|

**Brandon Roesel**

**215 Molimo Dr**

**San Francisco, CA 94127**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

_____

Basis for the Claim:
**Notice Only**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

Case: 25-30258    Doc# 78    Filed: 06/03/25    Entered: 06/03/25 17:06:53    Page 23 of 73

## Part 1: Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,076.92 | $3,076.92 |
|---|---|---|---|---|

**2.9**

Priority creditor's name and mailing address

**Brian Levin**

**306A Carl St**

**San Francisco, CA 94117**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,076.92          $3,076.92

---

**2.10**

Priority creditor's name and mailing address

**Brittney Akerley**

**3100 Fulton St Apt 7**

**San Francisco, CA 94118**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

**2.11**

Priority creditor's name and mailing address

**California Dept of Tax and Fee Admin**

**Account Information Group MIC 29**

**PO Box 942879**

**Sacramento, CA 94279-0029**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Unpaid sales taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$43,314.16          $43,314.16

| Part 1: | Additional Page |
|---------|------------------|

---

**2.12** Priority creditor's name and mailing address

**Carlos Caamal**

**213 6th Ave**

**San Francisco, CA 94118-2382**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          **$523.40**            **$523.40**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Carlos Dzib**

**308 8th Ave Apt 6**

**San Francisco, CA 94118**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          **$447.52**            **$447.52**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Carlos Lopez**

**2280 Mission St #2**

**San Francisco, CA 94110**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          **$0.00**             **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 1: Additional Page

### 2.15

**Priority creditor's name and mailing address**

**Cassie Knox**

**128 Mary Teresa St**

**San Francisco, CA 94134-2476**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $0.00      $0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.16

**Priority creditor's name and mailing address**

**Christian Duro**

**144 Harvard Ave**

**Mill Valley, CA 94941-3538**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $480.57      $480.57
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.17

**Priority creditor's name and mailing address**

**City and County of San Francisco**

**Treasurer and Tax Collector**

**1 Dr Carlton B Goodlett Pl**

**San Francisco, CA 94102**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**    $0.00      $0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 206 E/F    Case: 25-30258    Doc# 78   Schedule E/F: Creditors Who Have Unsecured Claims    05/00/25   17:06:53    Page 26 of   page 6 of 49

73

| Part 1: | Additional Page |
| --- | --- |

---

**2.18** | Priority creditor's name and mailing address

**Danielle Schindler**

**4126 Pacheco St**

**San Francisco, CA 94116**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$96.52        $96.52

---

**2.19** | Priority creditor's name and mailing address

**Donald Aguilar**

**5166 Mission St**

**San Francisco, CA 94112**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$703.92        $703.92

---

**2.20** | Priority creditor's name and mailing address

**Edilberto Puc**

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

## Part 1: Additional Page

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--|--|--|--|

**2.21** Priority creditor's name and mailing address

__Emilio Herrera__

__2455 Mahan Way__

__San Pablo, CA 94806-1632__

Date or dates debt was incurred
_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:  $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
__Notice Only__

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

__Emily Hershberger__

__215 Clayton St__

__San Francisco, CA 94117-1913__

Date or dates debt was incurred
_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:  $103.25   $103.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address

__Employment Development Dept__

__Bankruptcy Unit MIC 92E__

__PO Box 826880__

__Sacramento, CA 94280-0001__

Date or dates debt was incurred
_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(8)__

As of the petition filing date, the claim is:  $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

### 2.24

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00    $0.00 |

**Priority creditor's name and mailing address**

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**     $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.25

**Priority creditor's name and mailing address**

**Gerardo Chan Couch**

**640 Eddy St #205**

**San Francisco, CA 94109**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**     $767.87        $767.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.26

**Priority creditor's name and mailing address**

**Gianna Cacciatore**

**125 Buckingham Way #201**

**San Francisco, CA 94132**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**     $204.25        $204.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:   Additional Page

### 2.27 Priority creditor's name and mailing address

**Gonzalo Guerrero**

**545 Guerrero St #10**

**San Francisco, CA 94110**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $4,038.46      $4,038.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.28 Priority creditor's name and mailing address

**Harun Guzel**

**411 Farrell St #8F**

**San Francisco, CA 94102**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $222.17      $222.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.29 Priority creditor's name and mailing address

**Heidi Schmierer**

**4433 Lincoln Way**

**San Francisco, CA 94122-1156**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

**2.30** Priority creditor's name and mailing address

**Hilary Pedigo**

**1003 Lincoln Way**

**San Francisco, CA 94122**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

---

**2.31** Priority creditor's name and mailing address

**Hipolito Tuz-Caamal**

**2250 Mission St Apt 204**

**San Francisco, CA 94110**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$997.40          $997.40

---

**2.32** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00          $0.00

| Part 1: | Additional Page |
|---|---|

### 2.33

**Priority creditor's name and mailing address**

**Isaac Camarillo**

**539 Somerset St**

**San Francisco, CA 94134-1738**

**Date or dates debt was incurred**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

---

### 2.34

**Priority creditor's name and mailing address**

**Isabella Hare**

**1502 Kirkham St**

**San Francisco, CA 94122**

**Date or dates debt was incurred**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$646.17          $646.17

---

### 2.35

**Priority creditor's name and mailing address**

**Jackson Tilden Browne**

**Date or dates debt was incurred**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$234.69          $234.69

## Part 1: Additional Page

**2.36** | Priority creditor's name and mailing address

**Jeremiah Rushing-Hart**

**3010 Fulton St Apt A1**

**San Francisco, CA 94118**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$482.31          $482.31

---

**2.37** | Priority creditor's name and mailing address

**Jorge Colli**

**326 Monterey Blvd #326**

**San Francisco, CA 94131**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:
  **Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00          $0.00

---

**2.38** | Priority creditor's name and mailing address

**Jose Chan Garcia**

**346 Leavenworth St #304**

**San Francisco, CA 94102-2695**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:
  **Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00          $0.00

| Part 1: | Additional Page |
|---|---|

**2.39** Priority creditor's name and mailing address

**Jose Rafael Huchin Balam**

**245 Leavenworth St**

**San Francisco, CA 94102**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $400.20    $400.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.40** Priority creditor's name and mailing address

**Juan Velazquez Luna**

**16 Juan Batista Circle**

**San Francisco, CA 94132**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $539.93    $539.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address

**Katie Roberts**

**1511 Gough St Apt 304**

**San Francisco, CA 94109**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

### 2.42

| | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $142.27    $142.27 |
| **Kyra Young** | *Check all that apply.* |
| **1127 Judah St** | ☐ Contingent |
| **San Francisco, CA 94122** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the Claim: _____ |
| _____ | |
| Last 4 digits of account | Is the claim subject to offset? |
| number ___ ___ ___ ___ | ☑ No |
| Specify Code subsection of PRIORITY unsecured | ☐ Yes |
| claim: 11 U.S.C. § 507(a) **(4)** | |

### 2.43

| | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $730.00    $730.00 |
| **Lauren Chain** | *Check all that apply.* |
| **1916 Asilomar Dr** | ☐ Contingent |
| **Oakland, CA 94611-2310** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the Claim: _____ |
| _____ | |
| Last 4 digits of account | Is the claim subject to offset? |
| number ___ ___ ___ ___ | ☑ No |
| Specify Code subsection of PRIORITY unsecured | ☐ Yes |
| claim: 11 U.S.C. § 507(a) **(4)** | |

### 2.44

| | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $244.95    $244.95 |
| **Leonard Baron** | *Check all that apply.* |
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the Claim: _____ |
| _____ | |
| Last 4 digits of account | Is the claim subject to offset? |
| number ___ ___ ___ ___ | ☑ No |
| Specify Code subsection of PRIORITY unsecured | ☐ Yes |
| claim: 11 U.S.C. § 507(a) **(4)** | |

## Part 1: Additional Page

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.60 | $845.60 |
|------|---|---|---|---|

**Luis Manuel Villafania Pech**

**550 Turk St #401**

**San Francisco, CA 94102-3331**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.26 | $634.26 |
|------|---|---|---|---|

**Maria Lopez Gomez**

**610 Clement St Apt 2**

**San Francisco, CA 94118**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,112.26 | $1,112.26 |
|------|---|---|---|---|

**Mathilda Taylor**

**5780 Daniel Dr**

**Rohnert Park, CA 94928-1734**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**2.48**

Priority creditor's name and mailing address

__Melissa Saccoman__

__83 El Portal Way__

__Daly City, CA 94015-1044__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

__Notice Only__

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address

__Miguel Cauich__

__325 Leavenworth St #1C__

__San Francisco, CA 94102-2612__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:          $352.07          $352.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address

__Nelson Sandoval__

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:          $252.05          $252.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address

**Nicole Kelly**

**1240 9th Ave**

**San Francisco, CA 94122-2307**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00    $0.00

---

**2.52** Priority creditor's name and mailing address

**Noah Roberts**

**21 Clarence Pl #318**

**San Francisco, CA 94107**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$198.37    $198.37

---

**2.53** Priority creditor's name and mailing address

**Olivia Berlingerio**

**39 Loyola Terrace**

**San Francisco, CA 94117-1129**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$767.76    $767.76

Case: 25-30258    Doc# 78    Filed: 06/03/25    Entered: 06/03/25 17:06:53    Page 38 of 73

**Part 1:**  Additional Page

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**2.54**

Priority creditor's name and mailing address

**Olivia Eidt**

**622 23rd Ave**

**San Francisco, CA 94121-3709**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00     $0.00

---

**2.55**

Priority creditor's name and mailing address

**Olivia Mendez**

**1203 46th Ave**

**San Francisco, CA 94122**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00     $0.00

---

**2.56**

Priority creditor's name and mailing address

**Priscila Olivares Varela**

**2522 27th Ave**

**San Francisco, CA 94116**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00     $0.00

Case: 25-30258     Doc# 78     Filed: 05/30/25     Entered: 05/30/25 17:06:53     Page 39 of 73

## Part 1: Additional Page

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rafael Dzib Medina**

**222 Taylor St Apt 307**

**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Notice Only**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.06 | $1,066.06 |
|---|---|---|---|---|

**Raul J Gonzalez Yam**

**381 Turk St**

**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.93 | $191.93 |
|---|---|---|---|---|

**Ray Song**

**372 Ellington Ave**

**San Francisco, CA 94112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

## Part 1: Additional Page

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**2.60**

Priority creditor's name and mailing address

**Roberto Molina**

**1373 Clay St**

**San Francisco, CA 94109-4174**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.61**

Priority creditor's name and mailing address

**Roberto Pech Interian**

**6th Ave Apt 213**

**San Francisco, CA 94118**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $813.23 $813.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.62**

Priority creditor's name and mailing address

**Rodolfo Galos**

**3280 San Jose Ave**

**San Francisco, CA 94104**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 | $0.00 |

**2.63** Priority creditor's name and mailing address

**Ryan Clark**

**2274 28th Ave**

**San Francisco, CA 94116**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.64** Priority creditor's name and mailing address

**Samantha Young**

**70 Chalda Ct**

**San Rafael, CA 94903-2835**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$399.91** **$399.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.65** Priority creditor's name and mailing address

**Santos Miguel Pech Lopez**

**213 6th Ave**

**San Francisco, CA 94118**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$689.22** **$689.22**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

### 2.66

**Priority creditor's name and mailing address**

**Silvia Garcia**

**206 Harold ave**

**San Francisco, CA 94112**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00    $0.00

### 2.67

**Priority creditor's name and mailing address**

**Tara Bretzfelder**

**4551 California St**

**San Francisco, CA 94118-1214**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$861.53    $861.53

### 2.68

**Priority creditor's name and mailing address**

**Theresa Holland**

**3345 Anza St**

**San Francisco, CA 94121**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00    $0.00

## Part 1: Additional Page

| | | |
|---|---|---|
| **2.69** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $966.73    $966.73 |

**2.69** Priority creditor's name and mailing address

Victor Mariel Alvarado Casares

1845 Mission St

San Francisco, CA 94103

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

$966.73        $966.73

---

**2.70** Priority creditor's name and mailing address

William Power

210 Crescent Ave

San Francisco, CA 94110

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

$793.89        $793.89

---

**2.71** Priority creditor's name and mailing address

Wilmer Chimal

346 Leavenworth St #304

San Francisco, CA 94102-2695

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

$939.00        $939.00

| Part 1: | Additional Page |
|---------|-----------------|

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------|---------|---------|---------|

**2.72** Priority creditor's name and mailing address

**Zulma Ambrosio**

**2060 Mission St #15**

**San Francisco, CA 94110-1218**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 25-30258    Doc# 78    Filed: 05/06/25    Entered: 05/06/25 17:06:53    Page 45 of 73

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**7 Hills**

**Attn Michael**

**2145 Grove St**

**San Francisco, CA 94117**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,744.34**

---

**3.2** Nonpriority creditor's name and mailing address

**AAA Fire Protection Services**

**Attn President/Officer**

**PO Box 3626**

**Hayward, CA 94540**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$590.00**

---

**3.3** Nonpriority creditor's name and mailing address

**ABC Fire Protection**

**Attn President/Officer**

**PO Box 951**

**Fremont, CA 94537**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$173.52**

---

**3.4** Nonpriority creditor's name and mailing address

**ABS Seafood**

**Attn President/Officer**

**Pier 45 Shed D-1**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

## Part 2:   Additional Page

### 3.5

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $720.00 |
| **Adella Vineyards LLC** | *Check all that apply.* |
| **Attn Manager** | ☐ Contingent |
| **6552 Red Winery Rd** | ☐ Unliquidated |
| **Geyserville, CA 95441** | ☐ Disputed |
| | Basis for the claim:   **Trade Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

### 3.6

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $1,015.20 |
| **Alluvial Wines Inc** | *Check all that apply.* |
| **Attn President/Officer** | ☐ Contingent |
| **21C Orinda Way #240** | ☐ Unliquidated |
| **Orinda, CA 94563** | ☐ Disputed |
| | Basis for the claim:   **Trade Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

### 3.7

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $11,732.67 |
| **ALSCO** | *Check all that apply.* |
| **Attn President/Officer** | ☐ Contingent |
| **1575 Indiana** | ☐ Unliquidated |
| **San Francisco, CA 94107** | ☐ Disputed |
| | Basis for the claim:   **Trade Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

### 3.8

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $40,927.00 |
| **American Express** | *Check all that apply.* |
| **Customer Care & Billing Inquiries** | ☐ Contingent |
| **PO Box 981535** | ☐ Unliquidated |
| **El Paso, TX 79998-1535** | ☐ Disputed |
| | Basis for the claim:   **Credit Card** |
| Date or dates debt was incurred   **2022** | Is the claim subject to offset? |
| Last 4 digits of account number   **1 0 0 1** | ☑ No   ☐ Yes |

Official Form 206E/F    Case: 25-30258    Doc# 78   Schedule E/F: Creditors Who Have Unsecured Claims    Filed: 05/06/25    Entered: 05/06/25 17:06:53    Page 47 of   page 27 of 49

73

**Part 2:**   Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.11 |
|---|---|---|---|

★ **Artisan Pizza Solutions**

**Attn Michael Fairholme Pres/CEO**

**1011 Detroit Ave, Ste A/B**

**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,202.61 |
|---|---|---|---|

**AutoChlor**

**Attn Nancy Norlander**

**971 25th St**

**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,236.14 |
|---|---|---|---|

**Bear Bottom Farms Inc**

**Attn Donald or Patrick**

**508 De Carlo Ave**

**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,084.99 |
|---|---|---|---|

★ **BonAir Services**

**Attn Martin Caballero CEO**

**44 Dore St #3828**

**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Part 2:**  Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Boris Nemchenok**

**1185 Rhode Island St**

**San Francisco, CA 94107**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.14** Nonpriority creditor's name and mailing address

**Brandon Gillis**

**306 26th Ave**

**San Francisco, CA 94121**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contribution Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.15** Nonpriority creditor's name and mailing address

**Breakthru Beverage California LLC**

**Attn Michelle Francis**

**PO Box 910900**

**Los Angeles, CA 90091-0900**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,928.92

---

**3.16** Nonpriority creditor's name and mailing address

**Cardona Landscaping Inc**

**Attn President/Officer**

**PO Box 40697**

**San Francisco, CA 94140**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

Case: 25-30258    Doc# 78    Filed: 05/30/25    Entered: 05/30/25 17:06:53    Page 49 of 73

| **Part 2:** | Additional Page |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Chambers & Chambers Wine Merchants**

**Attn President/Officer**

**511 Alexis Court**

**Napa, CA 94558**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,131.59

---

**3.18** Nonpriority creditor's name and mailing address

**Cooks Company Produce**

**Attn Joe Quach**

**1942 Jerrold Ave**

**San Francisco, CA 94124**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$35,820.84

---

**3.19** Nonpriority creditor's name and mailing address

**Cool Rite Refrigeration Inc**

**Attn President/Officer**

**PO Box 475850**

**San Francisco, CA 94147**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,607.65

---

**3.20** Nonpriority creditor's name and mailing address

**Copa Fina Fine Wine Imports**

**Attn President/Officer**

**4200 Park Blvd Ste 651**

**Oakland, CA 94602**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$534.60

## Part 2: Additional Page

**3.21** ★

**Nonpriority creditor's name and mailing address**

**Corfini Meat & Seafood**

**Attn John DeBenedetti Pres/CEO**

**299 Lawrence Ave**

**South San Francisco, CA 94080**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,786.95

---

**3.22** ★

**Nonpriority creditor's name and mailing address**

**Cozzini Bros**

**Attn Todd Wolfe CEO**

**8430 W Bryn Mawr Ave Ste 800**

**Chicago, IL 60631**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.06

---

**3.23** ★

**Nonpriority creditor's name and mailing address**

**Culinary Stainless Fabricators**

**Attn Bill George President**

**1925 N MacArthur Dr Ste 300**

**Tracy, CA 95376**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,557.47

---

**3.24**

**Nonpriority creditor's name and mailing address**

**DC Beverage LLC**

**Attn Manager**

**PO Box 2326**

**Healdsburg, CA 95448**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$353.40

**Part 2:** Additional Page

### 3.25

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Desire Lines Wine Co** | ☐ Contingent |
| **Attn Martha Gaither** | ☐ Unliquidated |
| **PO Box 2029** | ☐ Disputed |
| **Sonoma, CA 95476** | **Basis for the claim:** **Trade Debt** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

$3,049.20

### 3.26

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **DL Fan** | ☐ Contingent |
| **Attn President/Officer** | ☐ Unliquidated |
| **63 Loma Vista Dr** | ☐ Disputed |
| **94000** | **Basis for the claim:** **Notice Only** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

$0.00

### 3.27

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Dreamt Design & Build** | ☐ Contingent |
| **Attn President/Officer** | ☐ Unliquidated |
| **191 5th Ave Ste 2** | ☐ Disputed |
| **San Francisco, CA 94118** | **Basis for the claim:** **Trade Debt** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

$1,587.00

### 3.28

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Edward Shapiro** | ☐ Contingent |
| **1244 15th Ave** | ☐ Unliquidated |
| **San Francisco, CA 94112** | ☐ Disputed |
| | **Basis for the claim:** **Loans; Contribution Agreement** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

$104,023.68

## Part 2:  Additional Page

**3.29** | Nonpriority creditor's name and mailing address

__Enterprise Brewing Co__

__Attn President/Officer__

__1150 Howard St__

__San Francisco, CA 94103__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.30** | Nonpriority creditor's name and mailing address

__Fairgreive Law Firm__

__Attn Managing Partner__

__58 West Portal Ave #333__

__San Francisco, CA 94127__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.31** | Nonpriority creditor's name and mailing address

__Far West Cider Co__

__Attn President/Officer__

__1325 Canal Blvd__

__Richmond, CA 94804__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.32** | Nonpriority creditor's name and mailing address

__Fly Wines__

__Attn President/Officer__

__1596 Tucker St Unit 57__

__Oakland, CA 94603__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$586.80

| Part 2: | Additional Page |
|---|---|

---

**3.33** Nonpriority creditor's name and mailing address

**Fortessa Tableware Solutions LLC**

**Attn Manager**

**20412 Bashan Dr**

**Ashburn, VA 20147**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$426.60**

---

**3.34** Nonpriority creditor's name and mailing address

**Frantoio Grove LLC**

**Attn Manager**

**11811 Monterey Hwy**

**San Martin, CA 95046**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$768.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Friuli Italian Wine Imports LLC**

**Attn Manager**

**930 McLaughlin Ave**

**San Jose, CA 95122**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,795.20**

---

**3.36** Nonpriority creditor's name and mailing address

**Georgi Vladimorov**

**110 Clifton Pl**

**Brooklyn, NY 11238**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contribution Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Case: 25-30258    Doc# 78    Filed: 05/30/25    Entered: 05/30/25 17:06:53    Page 54 of 73

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |

**3.37** Nonpriority creditor's name and mailing address

**Ghost Town Brewing**

**Attn President/Officer**

**1960 Adeline St**

**Oakland, CA 94607**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$170.00

---

**3.38** Nonpriority creditor's name and mailing address

**Gilt Edge Creamery**

**Attn Martha**

**1636 Gilbreth Rd**

**Burlingame, CA 94010**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,057.55

---

**3.39** Nonpriority creditor's name and mailing address

**Golden Gate Meat Company Inc**

**Attn Sarah**

**803 Wright Ave**

**Richmond, CA 94804**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,098.14

---

**3.40** Nonpriority creditor's name and mailing address

**Golden State Wine Co**

**Attn President/Officer**

**16311 Stagg St**

**Van Nuys, CA 91406**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$458.40

Case: 25-30258    Doc# 78    Filed: 05/09/25    Entered: 05/09/25 17:06:53    Page 55 of 73

| Part 2: | Additional Page |
| --- | --- |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**\*** **Handy Cellars**

**Attn Lulu McClellan President**

**PO Box 66**

**Philo, CA 95466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,586.00 |
| --- | --- | --- | --- |

**Harmonic Brewing LLC**

**Attn Jon Verna**

**7 Warriors Way Ste 206**

**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792.00 |
| --- | --- | --- | --- |

**\*** **Hurley Wines**

**Attn Ryan ODoherty CEO**

**18616 Melody Ln**

**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,083.80 |
| --- | --- | --- | --- |

**IFS Individual Foodservice**

**Attn Ana Garcia**

**5496 Lindbergh Ln**

**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| **Part 2:** | Additional Page |
|---|---|

| 3.45 | Nonpriority creditor's name and mailing address<br>**Italfoods Inc**<br>**Attn Paris**<br>**PO Box 7511**<br>**San Francisco, CA 94120-7511**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$8,385.20** |
| 3.46 | Nonpriority creditor's name and mailing address<br>**JB Zaarour & Associates Inc**<br>**Attn President/Officer**<br>**1855 Lawton St**<br>**San Francisco, CA 94122**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$175.00** |
| 3.47 | Nonpriority creditor's name and mailing address<br>**Kael Foods**<br>**Attn President/Officer**<br>**1636 Gilbert Rd**<br>**Burlingame, CA 94010**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$516.34** |
| 3.48 | Nonpriority creditor's name and mailing address<br>**Lettieri & Co**<br>**Attn Vivian Ruiz**<br>**120 Park Ln**<br>**Brisbane, CA 94005**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$21,178.77** |

| Part 2: | Additional Page |
|---|---|

**3.49** Nonpriority creditor's name and mailing address

**Light Soda on Tap**

**Attn Ezequiel Palmerin CEO**

**426 Valley Dr**

**Brisbane, CA 94005**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,242.15

---

**3.50** Nonpriority creditor's name and mailing address

**Lucidity Wine Merchants**

**Attn President/Officer**

**6590 Longridge Way**

**Sacramento, CA 95831**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,252.80

---

**3.51** Nonpriority creditor's name and mailing address

**Lyra Fine Wine Importers**

**Attn President/Officer**

**PO Box 884**

**Benicia, CA 94510**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,784.00

---

**3.52** Nonpriority creditor's name and mailing address

**Matagrano Inc**

**Attn President/Officer**

**25858 Clawiter Rd**

**Hayward, CA 94545**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,285.75

Debtor    **Project Pizza Sunset LLC**

Name

Case number *(if known)*    **25-30258 HLB**

**Part 2:** Additional Page

| | |
|---|---|
| **3.53** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 |

**3.53** Nonpriority creditor's name and mailing address

**MG Draught Service**

**Attn President/Officer**

**1231 3rd Ave**

**San Francisco, CA 94122**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.54** Nonpriority creditor's name and mailing address

★ **MHW Ltd / Catedral de Mi Padre**

**Attn Katelyn Wagner CEO**

**1129 Northern Blvd, Ste 312**

**Manhasset, NY 11030**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$650.40

---

**3.55** Nonpriority creditor's name and mailing address

**Modesto Foods**

**Attn President/Officer**

**30611 San Antonio St**

**Hayward, CA 94544**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,711.62

---

**3.56** Nonpriority creditor's name and mailing address

**Morris Distributing**

**Attn President/Officer**

**PO Box 5699**

**Petaluma, CA 94955**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,374.52

**3.57** Nonpriority creditor's name and mailing address

**Oliver McCrum Wines**

**Attn President/Officer**

**545 Sanchez St**

**San Francisco, CA 94114**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$995.10

---

**3.58** Nonpriority creditor's name and mailing address

**Optimum Green Cleaning**

**Attn Emma Jimenez**

**350 Industrial Way**

**Brisbane, CA 94005**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$31,360.00

---

**3.59** Nonpriority creditor's name and mailing address

\* **Original Pattern Brewing Company**

**Attn Max Silverstein CEO**

**292 4th St**

**Oakland, CA 94607**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$249.60

---

**3.60** Nonpriority creditor's name and mailing address

\* **Pacific Edge**

**Attn Melanie Herrera CEO**

**4590 E Thousand Oaks Blvd**

**Thousand Oaks, CA 91362**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,065.50

| Part 2: | Additional Page |
|---|---|

### 3.61

**Nonpriority creditor's name and mailing address**

**Pacific Gourmet Inc**

**Attn Deborah Valle**

**1250 Whipple Rd**

**Union City, CA 94587**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,170.26

### 3.62

**Nonpriority creditor's name and mailing address**

**PG&E Corporation**

**Attn President/CEO**

**300 Lakeside Dr**

**Oakland, CA 94612**

Date or dates debt was incurred

Last 4 digits of account number   3   6   9   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Utilities**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

### 3.63 ★

**Nonpriority creditor's name and mailing address**

**Pink Tulip LLP**

**Attn Priscilla Stoyanof Trustee**

**167 Broderick St**

**San Francisco, CA 94117**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Retail Lease**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$16,720.00

### 3.64

**Nonpriority creditor's name and mailing address**

**Project Pizza LLC**

**Attn Boris Nemenchok**

**2339 Clement St**

**San Francisco, CA 94121**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Loan**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$235,535.00

## Part 2: Additional Page

**3.65** | Nonpriority creditor's name and mailing address
**Project Pizza Polk**

**Attn Boris Nemenchok**

**1185 Rhode Island St**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$113,000.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Recology**

**Attn President/Officer**

**50 California St 24th FL**

**San Francisco, CA 94111**

Date or dates debt was incurred _____

Last 4 digits of account number  __7__ __5__ __9__ __5__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Regal III LLC**

**Attn Manager**

**PO Box 2160**

**Windsor, CA 95492**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$24.09**

---

**3.68** | Nonpriority creditor's name and mailing address
**Republic National Distrib Co**

**Grand Vin Ltd**
**Attn President/Officer**

**PO Box 743564**

**Los Angeles, CA 90074**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,596.67**

Case: 25-30258    Doc# 78    Filed: 05/30/25    Entered: 05/30/25 17:06:53    Page 62 of 73

**Part 2:**  Additional Page

---

**3.69**  Nonpriority creditor's name and mailing address

**Rollin Along Inc**

**Attn President/Officer**

**10700 Beverly Ave**

**Oakland, CA 94603**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$862.40

---

**3.70**  Nonpriority creditor's name and mailing address

**San Francisco Dept of Bldg Inspection**

**Attn Manager**

**49 S Van Ness Ave**

**San Francisco, CA 94103**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$219.54

---

**3.71**  Nonpriority creditor's name and mailing address

**San Francisco Public Utilities Comm**

**Attn President/CEO**

**525 Golden Gate Ave**

**San Francisco, CA 94102-3220**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.72**  Nonpriority creditor's name and mailing address

**Siena Imports Inc**

**Attn President/Officer**

**1295 Evans Ave**

**San Francisco, CA 94124**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,657.50

---

**Part 2:**   Additional Page

---

**3.73**   Nonpriority creditor's name and mailing address

**Skurnick Wines West**

**Attn William Graham**

**PO Box 421**

**Syosset, NY 11791**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,237.20

---

**3.74**   Nonpriority creditor's name and mailing address

**Sogno Toscano Tuscan Dream**

**Attn President/Officer**

**1445 W 12th Pl Ste 101**

**Tempe, AZ 85281**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$511.12

---

**3.75**   Nonpriority creditor's name and mailing address

✱ **Southern Glazers Wine & Spirits**

**California (North)**
**Attn Wayne Chaplin CEO**

**33321 Dowe Ave**

**Union City, CA 94587**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.76**   Nonpriority creditor's name and mailing address

**Springboard Wine Company**

**Attn President/Officer**

**PO Box 8525**

**Pasadena, CA 91109**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,485.60

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.77**   **Nonpriority creditor's name and mailing address**

**Star Route Farms LLC**

**Attn Manager**

**95 Olema Bolinas Rd**

**Bolinas, CA 94924**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,216.00**

---

**3.78**   **Nonpriority creditor's name and mailing address**

**Sylvester Rovine Selections**

**Attn President/Officer**

**3107 Silver Lake Blvd**

**Los Angeles, CA 90039**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,401.60**

---

**3.79**   **Nonpriority creditor's name and mailing address**

**The Avenues Hospitality**

**Attn Boris Nemchenok**

**1185 Rhode Island St**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Intercompany Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$79,835.58**

---

**3.80**   **Nonpriority creditor's name and mailing address**

**The Chefs Warehouse West Coast LLC**

**Attn Deborah Valle**

**1250 Whipple Rd**

**Union City, CA 94587**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,260.32**

Case: 25-30258    Doc# 78    Filed: 05/30/25    Entered: 05/30/25 17:06:53    Page 65 of 73

**Part 2:** Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.60 |

★ **The Wine House**

**Attn David Netzer President**

**829 26th St**

**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ULINE**

**Attn President/Officer**

**47233 Fremont Blvd**

**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.80 |

**Veso Inc**

**Attn President/Officer**

**PO Box 11106**

**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,167.58 |

**Water 2 Table Fish Co**

**Attn President/Officer**

**PO Box 330576**

**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Case: 25-30258    Doc# 78    Filed: 05/06/25    Entered: 05/06/25 17:06:53    Page 66 of 73

## Part 2: Additional Page

**3.85** | **Nonpriority creditor's name and mailing address**

**Wine Forest Ltd**

**Attn Manager**

**1755 Industrial Way Ste 28**

**Napa, CA 94558**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$155.75

---

**3.86** | **Nonpriority creditor's name and mailing address**

**Winebow**

**Attn President/Officer**

**4301 Industrial Way**

**Benicia, CA 94510**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

Official Form 206E/F    Case: 25-30258    Doc# 78    Schedule E/F: Creditors Who Have Unsecured Claims    Filed: 05/06/25    Entered: 05/06/25 17:06:53    Page 67 of   page 47 of 49

73

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Becket & Lee LLP** <br> **PO Box 3001** <br> **Malvern, PA 19355-0701** | Line **3.8** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Project Pizza Sunset LLC** | Case number *(if known)* | **25-30258 HLB** |
|--------|------------------------------|--------------------------|------------------|
|        | Name                         |                          |                  |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. | **Total claims from Part 1** | 5a. | **$71,871.08** |
| ★ 5b. | **Total claims from Part 2** | 5b. **+** | **$813,259.79** |
| ★ 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$885,130.87** |

Fill in this information to identify the case:

Debtor name __**Project Pizza Sunset LLC**__

United States Bankruptcy Court for the: __**Northern**__ District of __**California**__
(State)

Case number (If known): __**25-30258 HLB**__ Chapter __**11**__

☑ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** \* | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for purchase of food and beverage credits from Debtor; expiration when all credits are sold** | **inKind Credit Fund LP** |
| | | | **inKind Cards Inc inKind Warehouse Facility LLC** |
| | | | **610 W Live Oak St** |
| | | | **Austin, TX 78704** |
| | State the term remaining | **Expiration when all credits sold** | |
| | List the contract number of any government contract | | |
| **2.2** \* | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease for restaurant located at 1240 9th Ave, San Francisco CA** | **Pink Tulip LLC** |
| | | | **Attn Priscilla Stoyanof Trustee** |
| | | | **167 Broderick St** |
| | State the term remaining | **56 months** | **San Francisco, CA 94117** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of __1__

Case: 25-30258   Doc# 78   Filed: 05/20/25   Entered: 05/20/25 17:06:53   Page 70 of 73

Debtor name    **Project Pizza Sunset LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **California**

(State)

Case number (If known):    **25-30258 HLB**

☑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1   **Boris Nemchenok** | **1185 Rhode Island St**<br>Street | **Pink Tulip LLP** | ☐ D<br>☑ E/F<br>☐ G |
| | **San Francisco, CA 94107**<br>City          State          ZIP Code | **Fora Financial West LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Pink Tulip LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Small Business Financing Solutions LLC** | ☑ D<br>☐ E/F<br>☐ G |
| ✱ 2.2   **Brandon Gillis** | **306 26th Ave**<br>Street | **Pink Tulip LLP** | ☐ D<br>☑ E/F<br>☐ G |
| | **San Francisco, CA 94121**<br>City          State          ZIP Code | **Fora Financial West LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Pink Tulip LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Small Business Financing Solutions LLC** | ☑ D<br>☐ E/F<br>☐ G |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 71 of
73

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | **Fiorella Clement** | **2339 Clement St** <br> Street <br><br> **San Francisco, CA 94121** <br> City   State   ZIP Code | **Retail Capital LLC dba Credibly** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | **Fiorella Commissary LLC** | **1240 9th Ave** <br> Street <br><br> **San Francisco, CA 94122** <br> City   State   ZIP Code | **Retail Capital LLC dba Credibly** | ☑ D <br> ☐ E/F <br> ☐ G |
| ✱ 2.5 | **Project Pizza LLC** | **2339 Clement St** <br> Street <br><br> **San Francisco, CA 94121** <br> City   State   ZIP Code | **Retail Capital LLC dba Credibly** <br><br> **inKind Credit Fund LP** <br><br> **inKind Credit Fund LP** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G <br> ☐ D <br> ☐ E/F <br> ☑ G |
| ✱ 2.6 | **Project Pizza Polk LLC** | **2238 Polk St** <br> Street <br><br> **San Francisco, CA 94109** <br> City   State   ZIP Code | **inKind Credit Fund LP** <br><br> **inKind Credit Fund LP** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.7 | **SF Pizza Slingers LLC** | **1185 Rhode Island St** <br> Street <br><br> **San Francisco, CA 94107** <br> City   State   ZIP Code | **Retail Capital LLC dba Credibly** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.8 | **The Avenues Hospitality Group Inc** | **1185 Rhode Island St** <br> Street <br><br> **San Francisco, CA 94107** <br> City   State   ZIP Code | **Retail Capital LLC dba Credibly** | ☑ D <br> ☐ E/F <br> ☐ G |

Case: 25-30258    Doc# 78    Filed: 05/20/25    Entered: 05/20/25 17:06:53    Page 72 of 73

☑ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑      **Summary of Assets & Liabilities;**
        **Schedule A/B; Schedule D;**
        **Schedule E/F; Schedule G;**
*Amended Schedule*   **Schedule H**

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/20/2025        **X**   */s/ Boris Nemchenok*
         MM/ DD/ YYYY           Signature of individual signing on behalf of debtor

                               **Boris Nemchenok**
                               Printed name

                               **CEO of Manager**
                               Position or relationship to debtor