

Signed and Filed: June 16, 2025

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

1  BINDER MALTER HARRIS & ROME-BANKS LLP
   Robert G. Harris, Esq. #124678
2  Reno Fernandez, Esq. #251934
   Meera Balasubramanian, Esq. #359612
3  2775 Park Avenue
   Santa Clara, CA  95050
4  Tel: (408) 295-1700
   Fax: (408) 295-1531
5  Email: rob@bindermalter.com
   Email: reno@bindermalter.com
6  Email: meera@bindermalter.com

7  Attorneys for Debtor and Debtor in Possession,
   Project Pizza Sunset LLC

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 In re:                                    Case No. 25-30258 HLB

12    PROJECT PIZZA SUNSET LLC,              Chapter 11
13                                           Subchapter V
                   Debtor.
14

15 **ORDER GRANTING MOTION TO REJECT EXECUTORY CONTRACT WITH INKIND**
   **CARDS, INC., INKIND CREDIT FUND LP, AND INKIND WAREHOUSE FACILITY**
16 **LLC AND HONOR CREDIT UP TO REJECTION DATE; AND ALLOWING INKIND'S**
   **REJECTION DAMAGES CLAIM**
17

18         The Motion to Reject Executory Contract with inKind Cards, Inc., inKind Credit Fund LP,

19 and inKind Warehouse Facility LLC and Honor Credit Up to Rejection Date (the "Motion") [Dkt.

20 #79] was filed by Project Pizza Sunset, LLC, Debtor and Debtor in possession herein, on May 21,

21 2025.  Notice and Opportunity for Hearing on the Motion (the "Notice") [Dkt. #81] having been

22 served on inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC

23 (collectively, "inKind"), the Office of the United States Trustee, the Subchapter V trustee, parties

24 requesting special notice, and the twenty largest unsecured creditors, there having been no timely

25 objection, for good cause shown, the Motion is hereby GRANTED.

26         IT IS THEREFORE ORDERED that

27         1.      The Debtor shall permit InKind customers with house account credits from the

28 Debtor's Sunset District restaurant to use such credits, or any portion thereof, up to the amount of

$15,896.00. No additional house account credits to the Debtor's Sunset District restaurant shall be sold by inKind.

     2. Debtor's contract with inKind is deemed rejected as of May 21, 2025.

     3. InKind shall have an allowed unsecured rejection damages claim pursuant to 11 U.S.C. § 502(g)(1) in the amount of $ 495,705.00; and

     4. The Court shall retain jurisdiction over all matters arising from or related to this order.

APPROVED AS TO FORM:

Dated: June 13, 2025             PACHULSKI STANG ZIEHL & JONES, LLP

                        By:*/s/ Jason Pomerantz*

                           Jason Pomerantz

                           Attorneys for inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC

*****END OF ORDER*****

1

## COURT SERVICE LIST

2 None.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28